727 A.2d 1107

**Gregory C. DIXON, Respondent,**

v.

**CITY OF PITTSBURGH, Petitioner.**

Supreme Court of Pennsylvania.

April 13, 1999.

Virginia Spencer Scott, Jacqueline R. Morrow, Pittsburgh, for petitioner.

## *ORDER*

PER CURIAM:

**AND NOW,** this 13th day of April 1999, the petition for allowance of appeal is **GRANTED,** limited to the issue of whether compromise verdicts as to damages are valid under the comparative negligence statute.